**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| **JUDITH ARNOLD** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:15-CV-259** |
| | ) | |
| **LINCOLN MEMORIAL UNIVERSITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## STIPULATION OF DISMISSAL

Come the parties, by and through their respective counsel of record, and announce to the Court that all matters in controversy by and between them have been resolved and settled. Accordingly, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, plaintiff and defendant jointly move for an Order dismissing all of the plaintiff's claims against defendant Lincoln Memorial University with prejudice.

Respectfully submitted this 13th day of November, 2017.

APPROVED FOR ENTRY,

____/s/ Joshua A. Wolfe_____
JOSHUA A. WOLFE, (BPR #23101)
McAngus Goudelock and Courie
Post Office Box 990
520 West Summit Hill Drive, Suite 905
Knoxville, Tennessee 37902
Phone: (865) 243-2743
Facsimile: (865) 381-1417
Email: joshua.wolfe@mgclaw.com

ATTORNEY FOR LINCOLN
MEMORIAL UNIVERSITY

_/s/ Garry Ferraris by J.A.W. w/ per._

GARRY FERRARIS (BPR# 016086)
Law Office of Garry Ferraris
800 South Gay Street, Suite 650
Knoxville, Tennessee  37929
Phone:  (865) 584-7720
Email:  gferraris@ferrarislaw.com

ATTORNEY FOR PLAINTIFF